UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CASE NO: _____

MAYRA TORRES,
a.k.a. Mayra Quintana, Mayra C. Quintana

Defendant

## COMPLAINT FOR MONEY OWED TO THE UNITED STATES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, Plaintiff, alleges that:

### JURISDICTION

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution, 28 U.S.C. § 1345, and 28 U.S.C §3004.

### VENUE

2. Venue is proper in Miami-Dade County as Defendant is a resident therein within jurisdiction of this Court.

### THE DEBT

First Cause of Action – Claim Number: CDCS# 2012A23955/001

3. The debt owed to the USA is as follows:

| | |
|---|---|
| A. Current Principal (*after application of all prior Payments, credits, and offsets*) | $111.62 |
| B. Current Capitalized Interest Balance and Accrued Interest as of 08/01/2011 | $196.20 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied (Debtor payments, | $0.00 |

1

credits, and offsets)

**Total Owed – Claim Number: CDCS# 2012A23955/001    $307.82**

Second Cause of Action – Claim Number: CDCS# 2012A23978/001

4.  The debt owed to the USA is as follows:

| | |
|---|---|
| A. Current Principal (*after application of all prior Payments, credits, and offsets*) | $4,578.97 |
| B. Current Capitalized Interest Balance and Accrued Interest as of 08/01/2011 | $7,080.42 |
| C. Administrative Fee, Costs, Penalties | $0.00 |
| D. Credits previously applied (Debtor payments, | $0.00 |

credits, and offsets)

**Total Owed – Claim Number: CDCS# 2012A23978/001    $11,659.39**

5. The Certificate of Indebtedness, attached as Exhibit "A" and "B", show the total owed excluding attorney's fees, CIF charges and related charges. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 8.00% per annum or $0.02 per day on Claim Number CDCS# 2012A23955/001 and 3.42% per annum or $0.43 per day on Claim Number CDCS# 2012A23978/001. A true and correct copy of the promissory note, which is at issue is attached as Exhibit "C" and "D" hereto.

6. The undersigned office has previously mailed a demand notice to the Defendant in compliance with Fair Debt Collection Practices Act, 15, U.S.C.& 1692, et seq.

## FAILURE TO PAY

7. Demand has been made upon Defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

**WHEREFORE, the** United States of America prays for judgment:

A. For the sums set forth in paragraph 3 and 4 above, plus prejudgment interest through the date of judgment, all administrative costs, and service of process costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. §1961 with that interest on the judgment at the legal rate per annum until paid in full;

B. For attorneys' fees allowed by law or contract; and

C. For such other relief which the Court deems proper and just.

Respectfully submitted this 2nd day of August,

*/s/ Shannon Harvey*

Shannon Harvey, Esquire, FL Bar #0629361
The Law Offices of Shannon Harvey, P.A.
1111 Lincoln Rd., Suite 400, Miami Beach, FL. 33139
Phone: (786) 276-2355; Fax: (305) 532-1531
E-mail: sharvey@sharveylaw.com
ATTORNEY FOR PLAINTIFF, THE UNITED STATES OF AMERICA